## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

GHOLAMALI    HALVAEI,    FAYE
HALVAEI, and  NJA  PLUMBING  &
HEATING, INC.,

      Plaintiffs,

v.

                                       Case No. 1:25-cv-01169-MIS-SCY

DRAKE  CONSTRUCTION,  LLC,  NATE
NEUVIRTH, MIKE NEUVIRTH, JEFFREY
HOFF, CORECIVIC, INC., AND  JOHN
AND JANE DOES 1-10,

      Defendants.

## ORDER GRANTING FIRST AMENDED MOTION TO REMAND

THIS MATTER is before the Court on Plaintiffs' First Amended Motion to Remand, ECF No. 25, filed February 6, 2026. Defendants Drake Construction, LLC, Nate Neuvirth, and Mike Neuvirth filed a Response on February 20, 2026, ECF No. 29, and Defendant CoreCivic, Inc. filed a separate Response on February 20, 2026, ECF No. 30.[1] Defendants do not oppose remand because Plaintiffs seek damages in an amount less than $75,000.00. ECF No. 29 at 1; ECF No. 30 at 1. Accordingly, it is **HEREBY ORDERED** that:

1. Plaintiffs' First Amended Motion to Remand, ECF No. 25, is **GRANTED**;

2. This case is **REMANDED** to the First Judicial District Court for the County of Santa Fe, New Mexico; and

---

[1] The only other named Defendant, Jeffrey Hoff, has not been served or entered an appearance.

3.    The Clerk's Office shall take all necessary steps to effectuate this remand.


_____
**MARGARET STRICKLAND**
UNITED STATES DISTRICT JUDGE

2